MICHAEL F. THOMSON (Nev. Bar No. 7541)
DORSEY & WHITNEY LLP
Kearns Building
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone:  (801) 933-7360
Facsimile:  (801) 933-7373
Email:  thomson.michael@dorsey.com

JEANETTE E. MCPHERSON (Nev. Bar No. 5423)
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV  89146-5508
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
Email:  bkfilings@s-mlaw.com

Attorneys for Defendant AMERIPRISE FINANCIAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN E. ASHCRAFT,<br><br>                                       Plaintiff,<br><br>vs.<br><br>AMERIPRISE FINANCIAL, EQUIFAX INFORMATION SERVICES, LLC,<br><br>                                       Defendant. | Case No. 2:16-cv-02913<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER** |

      Plaintiff John E. Ashcraft ("Plaintiff") and Defendant Ameriprise Financial ("Ameriprise") (collectively, the "Parties"), by and through their undersigned counsel of record, hereby stipulate to extend the time for Ameriprise to Respond to Plaintiff's Complaint.

      WHEREAS, December 15, 2016, Plaintiff filed his Complaint;

      WHEREAS, the Summons was served on Defendant on January 13, 2017, making its response due February 3, 2017;

      WHEREAS, Ameriprise requested additional time to respond to Plaintiff's Complaint to evaluate Plaintiff's claims and to consider potential resolution of this matter;

      WHEREAS, Plaintiff is unopposed to Ameriprise' request for additional time to respond to

Plaintiff's Complaint;

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. The deadline for Ameriprise to respond to Plaintiff's Complaint will be **March 1, 2017**.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 1st day of February, 2017 | DATED this 1st day of February, 2017 |
| HAINES & KRIEGER | DORSEY & WHITNEY LLP |
| BY: */s/ David Kreiger* <br> David Krieger <br> 8985 S. Eastern Avenue <br> Henderson, NV  891234 <br><br> *Attorneys for Plaintiff* | BY: */s/ Jeanette E. McPherson* <br> Michael F. Thomson <br> Kearns Building <br> 136 South Main Street, Suite 1000 <br> Salt Lake City, UT 84101-1685 <br><br> Jeanette E. McPherson <br> Schwartzer & McPherson Law Firm <br> 2850 S. Jones Boulevard, Suite 1 <br> Las Vegas, NV  89146-5308 <br><br> *Attorneys for Defendant* <br> *Ameriprise Financial* |

### ORDER

**IT IS ORDERED THAT** the deadline for Ameriprise Financial to respond to Plaintiff's Complaint will be March 1, 2017

**IT IS SO ORDERED.**

DATED: __February 2__, 2017

_____
UNITED STATES MAGISTRATE JUDGE